| AO 10 Rev. 1/2008 | FINANCIAL DISCLOSURE REPORT NOMINATION FILING | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial) TOTENBERG, AMY M. | 2. Court or Organization NORTHERN DISTRICT OF GEORGIA | 3. Date of Report 03/15/2010 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) DISTRICT JUDGE - NOMINEE | 5a. Report Type (check appropriate type) [✓] Nomination, Date 03/17/2010 [ ] Initial [ ] Annual [ ] Final 5b. [ ] Amended Report | 6. Reporting Period 01/01/2009 to 02/28/2010 |
| 7. Chambers or Office Address P.O. BOX 17521 ATLANTA, GA 30316-7521 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions.)

[ ] NONE (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. SOLE PROPRIETOR | LAW OFFICE OF AMY TOTENBERG |
| 2. SPECIAL MASTER | U.S. DISTRICT COURT, DISTRICT OF MARYLAND |
| 3. MONITOR | U.S. DISTRICT COURT, DISTRICT OF COLUMBIA |
| 4. | |
| 5. | |

# II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions.)

[✓] NONE (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2008 | LAW OFFICE OF AMY TOTENBERG | $370,553.00 |
| 2. 2009 | LAW OFFICE OF AMY TOTENBERG | $398,000.00 |
| 3. 2010 YTD | LAW OFFICE OF AMY TOTENBERG | $22,044.00 |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2008 | SELF-EMPLOYED TECHOLOGY CONSULTANT |
| 2. 2008 | SELF-EMPLOYED OFFICE FINANCIAL MANAGER |
| 3. 2009 | SELF-EMPLOYED TECHOLOGY CONSULTANT |
| 4. 2009 | SELF-EMPLOYED OFFICE FINANCIAL MANAGER |
| 5. 2010 | SELF-EMPLOYED TECHOLOGY CONSULTANT |
| 6. 2010 | SELF-EMPLOYED OFFICE FINANCIAL MANAGER |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. EXEMPT | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| TOTENBERG, AMY M. | 03/15/2010 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
| --- | --- | --- |
| 1. EXEMPT | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
| --- | --- | --- |
| 1. EMPLOYEE 1 | EMPLOYEE PORTION OF 401K PLAN | K |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TOTENBERG, AMY M. | 03/15/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. BANK OF AMERICA | | None | J | T | Exempt | | | | |
| 2. BRANDES INTERNATIONAL EQUITY FUND INST | B | Dividend | L | T | | | | | |
| 3. CALAMOS GROWTH FUND CLASS A | | None | K | T | | | | | |
| 4. CAPMARK BANK | A | Interest | L | T | | | | | |
| 5. DFA INTL SMALL CAP VALUE PORTFOLIO | A | Dividend | J | T | | | | | |
| 6. DFA U.S. SMALL CAP VALUE PORTFOLIO | A | Dividend | K | T | | | | | |
| 7. DISCOVER BANK | A | Interest | L | T | | | | | |
| 8. DODGE & COX STOCK FUND | B | Dividend | M | T | | | | | |
| 9. FAIRHOLME FUND | A | Dividend | K | T | | | | | |
| 10. FIDELITY - VIP CONTRAFUND® PORTFOLIO - SERVICE CLASS 2 | | None | K | T | | | | | |
| 11. FIDELITY - VIP MID CAP PORTFOLIO - SERVICE CLASS 2 | | None | K | T | | | | | |
| 12. FIDELITY- VIP VALUE STRATEGIES PORTFOLIO SERVICE CLASS 2 | | None | J | T | | | | | |
| 13. FIRST COMM BANK | A | Interest | | | | | | | |
| 14. FORT MCPHERSON CREDIT UNION | A | Dividend | J | T | | | | | |
| 15. GMAC BANK UT | A | Interest | K | T | | | | | |
| 16. HUNTINGTON NATL | A | Interest | K | T | | | | | |
| 17. MERIDIAN VALUE FUND | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TOTENBERG, AMY M. | 03/15/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. MUTUAL BEACON FUND CL Z | B | Dividend | L | T | | | | | |
| 19. MUTUAL GLOBAL DISCOVERY FD CL Z | A | Dividend | L | T | | | | | |
| 20. NATIONWIDE FIXED ACCOUNT | B | Interest | L | T | | | | | |
| 21. PIMCO LOW DURATION FUND INSTL CL | A | Dividend | J | T | | | | | |
| 22. PIMCO REAL RETURN FUND INSTL CL | A | Dividend | | | | | | | |
| 23. PIMCO TOTAL RETURN FUND INSTL CL | C | Dividend | L | T | | | | | |
| 24. PIMCO UNCONSTRAINED BD FD INST CL | A | Dividend | J | T | | | | | |
| 25. ROYCE PREMIER FUND INVESTMENT CL | | None | J | T | | | | | |
| 26. SCHWAB MUNI MONEY FUND VALUE ADVANTAGE SHARES | B | Dividend | | | | | | | |
| 27. SUNTRUST BANK ACCOUNTS | A | Interest | M | T | | | | | |
| 28. TA CLARION GLOBAL REAL ESTATE SECURITIES VP | | None | J | T | | | | | |
| 29. TA U.S. GOVERNMENT SECURITIES VP | | None | J | T | | | | | |
| 30. THIRD AVE REAL ESTATE VALUE FUND | A | Dividend | K | T | | | | | |
| 31. THIRD AVENUE INTL VALUE FD INSTL CL | | None | K | T | | | | | |
| 32. VANGUARD 500 INDEX SIGNAL | A | Dividend | K | T | | | | | |
| 33. VANGUARD INTER TERM TAX EXEMPT FD INVESTOR SHS | A | Dividend | M | T | | | | | |
| 34. VANGUARD LTD TERM TAX EXEMPT ADMIRAL SHARE | C | Dividend | M | T | | | | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children: see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. VANGUARD LIMITED TERM TAX EXEMPT INVESTOR SHR | C | Dividend | M | T | | | | | |
| 36. VANGUARD PRIMECAP CORE FUND | A | Dividend | K | T | | | | | |
| 37. VANGUARD PRIMECAP FUND | A | Dividend | L | T | | | | | |
| 38. WACHOVIA BANK ACCOUNT | A | Interest | K | T | | | | | |
| 39. WINTERGREEN FUND | A | Dividend | K | T | | | | | |
| 40. CASH IN BROKERAGE ACCOUNTS | | None | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

# FINANCIAL STATEMENT

## NET WORTH

Provide a complete, current financial net worth statement which itemizes in detail all assets (including bank accounts, real estate, securities, trusts, investments, and other financial holdings) all liabilities (including debts, mortgages, loans, and other financial obligations) of yourself, your spouse, and other immediate members of your household.

| ASSETS | | | | LIABILITIES | | | |
|---|---|---|---|---|---|---|---|
| Cash on hand and in banks | | 373 | 782 | Notes payable to banks-secured | | | |
| U.S. Government securities-add schedule | | | | Notes payable to banks-unsecured | | | |
| Listed securities-add schedule | | 987 | 789 | Notes payable to relatives | | | |
| Unlisted securities--add schedule | | 133 | 985 | Notes payable to others | | | |
| Accounts and notes receivable: | | | | Accounts and bills due | | | |
| Due from relatives and friends | | | | Unpaid income tax | | | |
| Due from others | | | | Other unpaid income and interest | | | |
| Doubtful | | | | Real estate mortgages payable-add schedule | | | |
| Real estate owned-add schedule | | 260 | 900 | Chattel mortgages and other liens payable | | | |
| Real estate mortgages receivable | | | | Other debts-itemize: | | | |
| Autos and other personal property | | 25 | 000 | Employee Portion of 401K Plan | | 33 | 691 |
| Cash value-life insurance | | | | | | | |
| Other assets itemize: | | | | | | | |
| 1/3 Interest in Guarneri Violin | 1 | 333 | 333 | | | | |
| | | | | | | | |
| | | | | Total liabilities | | 33 | 691 |
| | | | | Net Worth | 3 | 081 | 098 |
| Total Assets | 3 | 114 | 789 | Total liabilities and net worth | 3 | 114 | 789 |
| CONTINGENT LIABILITIES | | | | GENERAL INFORMATION | | | |
| As endorser, comaker or guarantor | | | | Are any assets pledged? (Add schedule) | No | | |
| On leases or contracts | | | | Are you a defendant in any suits or legal actions? | No | | |
| Legal Claims | | | | Have you ever taken bankruptcy? | No | | |
| Provision for Federal Income Tax | | | | | | | |
| Other special debt | | | | | | | |